**Opinion issued March 10, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00672-CV

_____

**RONNIE HOYT ROYSTON II, Appellant**

**V.**

**CRAIG BUNDICK & HARRIS COUNTY TEXAS, Appellee**

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Case No. 2024-20831**

## MEMORANDUM OPINION

Appellant Ronnie Hoyt Royston II has not timely filed a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). We warned appellant that we would dismiss the appeal absent a reasonable explanation for the failure to file a brief. *See id.* Appellant did not

respond as we requested. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal in accordance with Texas Rule of Appellate Procedure 42.3(b) –(c).  We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.